In the Matter of PERRY'S STORES, Inc., Alleged Bankrupt; Everlasting Clothing Co., Inc., Appellant. (Circuit Court of Appeals, Second Circuit. De-

cember 21, 1923.) No. 136. Appeal from the District Court of the United States for the Southern District of New York. H. & J. J. Lesser, of New York City (Jacob J. Lesser, of New York City, of counsel), for appellant. Archibald Palmer, of New York City, for appellee. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. The facts as found by the court below deprive this appeal of all merit. Order affirmed, with costs.